United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPELINE COMPANY, L.L.C., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:19-CV-00023 |
| | § | |
| THE BARNHART FAMILY PARTNERSHIP, LTD. and A PERMANENT FIFTY-FOOT RIGHT-OF-WAY AND EASEMENT DESCRIBED AS FOLLOWS: AN APPROXIMATELY 2.46 ACRES OF LAND THAT CERTAIN TRACT OF LAND OUT OF THE J.W. SWISHER SURVEY, ABSTRACT 464, IN GOLIAD COUNTY, T, | § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On the date written below came on to be heard the plaintiff's Motion to Dismiss (Dkt. No. 13), and the Court finding the motion should granted hereby ORDERS the above styled and numbered cause to be dismissed with prejudice with costs taxed to the plaintiff.

It is so ORDERED.

SIGNED on this 12th day of February, 2020.

_____
Kenneth M. Hoyt
United States District Judge